## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MCINTYRE,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civ. No. 13-2773** |
| | : | |
| | : | |
| **THOMAS LICIARDELLO, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## JUDGMENT

**AND NOW**, this 7th day of February, 2020, for the reasons provided in my Memorandum

Opinion (Doc. No. 215), it is hereby **ORDERED** as follows:

1. Judgment is entered for Defendant City of Philadelphia as to Plaintiff's failure to train,

supervise, or discipline <u>Monell</u> claim;

2. Judgment is entered for Defendants Thomas Liciardello and Michael Spicer as to

Plaintiff's Claims for Intentional Inflection of Emotional Distress and Negligent Infliction of

Emotional Distress (Compl., Doc. No. 1, Counts XII & XIII); and

3. Defendants' Motions for Summary Judgment (Doc. Nos. 199 & 200) are otherwise

**DENIED**.

                                                 **AND IT IS SO ORDERED.**

                                                 */s/ Paul S. Diamond*

                                                 Paul S. Diamond, J.