# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCINTYRE, et al., | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 13-2773 |
| | : | |
| THOMAS LICIARDELLO, et al., | : | |
|     Defendants. | : | |
| KEVIN GORDON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 19-3761 |
| | : | |
| THOMAS LICIARDELLO, et al., | : | |
|     Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** this 28th day of February, 2022, upon consideration of Plaintiff Kevin Gordon's request to hold a status conference (Civ. No. 13-2773, Doc. No. 251), it is hereby **ORDERED** that Plaintiff's request is **DENIED WITHOUT PREJUDICE** for the reasons set out in my March 15, 2021 Order in related case James McIntyre v. Thomas Liciardello (Civ. No. 13-2773, Doc. No. 244). As stated therein, Plaintiff may move to remove the case from suspense if he can demonstrate with particularity that there is a danger that specific evidence will become unavailable in the absence of an immediate trial.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.